IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  　　　　　　　　　　　　　　　　　　　　CASE NO.: 07-31259
　　　MILLER, JERRY A

　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 7

　　　Debtor(s).

_____/

**NOTICE OF PAYMENT OF UNCLAIMED FUNDS
PURSUANT TO 11 U.S.C. §347**

Chapter 7 Trustee, Karin A. Garvin ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, United States Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name and Address | Dividend |
|---|---|---|
| 3 | Colonial Bank<br>P. O. Box 1108<br>Montgomery, AL  36101 | $862.51 |

The check was mailed to the creditor at the above address on December 15, 2009. The check was never cashed and was not returned to the Trustee. A stop payment has been issued on this check.

　　　　　　　　　　　　　　　　　　　/s/ Karin A. Garvin
　　　　　　　　　　　　　　　　　　　Karin A. Garvin, Trustee
　　　　　　　　　　　　　　　　　　　FL Bar No. 0106933
　　　　　　　　　　　　　　　　　　　220 W. Garden St., Ste 805
　　　　　　　　　　　　　　　　　　　Pensacola, FL  32502
　　　　　　　　　　　　　　　　　　　850-437-5577/850-437-5250 fax
　　　　　　　　　　　　　　　　　　　trustee@kgarvinlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been served by the Court's CM/ECF system upon: Charles F. Edwards, 110 East Park Avenue, Suite 128, Tallahassee, FL  32301 on the date this document was filed with the Court.  *Note: for verification of the date of service, please check the docket entry for this document.*

　　　　　　　　　　　　　　　　　　　/s/ Karin A. Garvin